RECEIVED
SDNY PRO SE OFFICE
2022 APR -5 AM 10: 45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael A. Jones
_____
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

22 CV 2794
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

Joseph Caputo
Commissioner of Mental Health
_____
(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☒ Yes    ☐ No    (If "No," go to Question 2.)
   I am being held at: AMKC 18-18 Hazen, East Elmhurst NY 11370

   Do you receive any payment from this institution?   ☐ Yes    ☒ No
   Monthly amount: 0

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes    ☒ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: 0
   If "no," what was your last date of employment? 09/14/2021
   Gross monthly wages at the time: $1,800

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends             ☐ Yes   ☒ No

SDNY Rev: 8/5/2015

|   |   |   |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts or inheritances | ☐ Yes | ☑ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☑ No |
| (g) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

N/A

If you answered "No" to all of the questions above, explain how you are paying your expenses:

N/A

4. How much money do you have in cash or in a checking, savings, or inmate account?  .08¢

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Rent 1,595.00
Utilities $20.00

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

SELF

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

03/30/2022
**Dated**

Signature

Jones Rafael A.
**Name (Last, First, MI)**

2412104360
**Prison Identification # (if incarcerated)**

AMKC 18-18 Hazen St    East Elmhurst    NY    11370
**Address**    **City**    **State**    **Zip Code**

N/A
**Telephone Number**

N/A
**E-mail Address (if available)**

```
03/18/2022              New York City Department Of Correction           IFCAIT01
                           View/Print Inmate Transactions                I61682

BAC Number : 2412101760                    JONES,RAFAEL

Date       Description         Notes                    Reference      Amount   Balance
10/12/21   COMMISSARY                                   1346707178  (  52.16)    8.17
10/10/21   3RD PARTY DEPOSITS  JPAY01 REMOTE DEP        1346703635     60.00    60.33
09/19/21   FUNDS TRANSFER      FUND XFER-2412001849     1346654431      0.33     0.33
  /  /
  /  /
  /  /
  /  /
  /  /

        Available Balance    :    0.08        Unpaid Restitutions   :
        Total Balance        :    0.08        Held Check Balance    :
        Current Facility ID  :AMKC            Surcharge Balance     :
        Status               :DETAINED        Uncollected Surcharge :
        Filing Fee Balance   :  312.25        Funds in Escrow       :

<Next>=Down Page      <Prev>=Up Page      <F2>=Print Report   <F11>=Exit
<F17>=Restitutions    <F18>=Phone Calls   <F20>=Date
This is the last page.
```