```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael A. Jones,

                    Petitioner,

-against-

Ann Marie T. Sullivan,

                    Respondent.

1:22-cv-02794 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Petitioner contacted the Court by telephone and left several voicemails concerning issues related to his detention and criminal prosecution. Petitioner should note that the Court cannot consider any information conveyed by voicemails or other telephone calls. All communications to the court must be made in writing. Petitioner is directed not to call the Court regarding this matter.

    The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and note service on the docket.

**SO ORDERED.**

Dated:     New York, New York
             June 21, 2022

                                                    */s/ Stewart D. Aaron*
                                                    STEWART D. AARON
                                                    United States Magistrate Judge