UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael A. Jones,

                        Petitioner,

      -against-

Ann Marie T. Sullivan,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/22/2022

1:22-cv-02794 (JPC) (SDA)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, July 12, 2022, at 2:00 p.m. EST to discuss the status of this action.

Defendants' counsel must: (1) contact Mid-Hudson Forensic Psychiatric Center to arrange the call and determine the telephone number at which Petitioner will be reachable at the above time and date; and (2) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Petitioner on the line.

In addition, Attorney Bruce D. Klein is respectfully requested to appear for the telephone conference. The Court will send a copy of this Order to Mr. Klein by email.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and note service on the docket.

**SO ORDERED.**

Dated:      New York, New York
              June 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge