```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael A. Jones,

                         Petitioner,

      -against-

Ann Marie T. Sullivan,

                        Respondent.

1:22-cv-02794 (JPC) (SDA)

**AMENDED ORDER SCHEDULING TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, July 12, 2022, at 2:00 p.m. EST to discuss the status of this action.

Defendants' counsel must: (1) contact Anna M. Kross Center to arrange the call and determine the telephone number at which Petitioner will be reachable at the above time and date; and (2) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Petitioner on the line.

In addition, Attorney Bruce D. Klein is respectfully requested to appear for the telephone conference. The Court will send a copy of this amended Order to Mr. Klein by email.

The Court is issuing this amended Order based on the notice of change of address filed by Petitioner on July 5, 2022. (ECF No. 31.)

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and note service on the docket.

**SO ORDERED.**

Dated:       New York, New York
             July 6, 2022

                                                                _____
                                                                STEWART D. AARON
                                                                United States Magistrate Judge