UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael A. Jones,

                Petitioner,

    -against-

Joseph Caputo,

                Respondent.

1:22-cv-02794 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is a motion filed by Respondent Ann Marie T. Sullivan ("Sullivan") to substitute Sullivan with Joseph Caputo ("Caputo") as respondent. (*See* Not. of Mot., 7/19/22, ECF No, 38.) In light of Petitioner's transfer of custody to the Anna M. Kross Center ("AMKC"), where Caputo is custodian (*see* Pet.'s Not. of Change of Address, ECF No. 31), Respondent's motion to substitute Caputo as respondent is GRANTED. The Clerk of Court is respectfully requested to amend the caption to reflect the substitution, as reflected above.

    Additionally, the parties are directed to appear for a remote hearing on August 24, 2022, at 2:00 p.m. to address the issue of Petitioner's competency. Attorney Joshua Weiss shall: (1) contact the Anna M. Kross Center to arrange the call and determine the telephone number at which Petitioner will be reachable at the above time and date; and (2) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Petitioner on the line.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/20/2022

**SO ORDERED.**

Dated:        New York, New York
              July 20, 2022

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge