**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL A. JONES,

                Petitioner,                      22 **CIVIL** 2794 (JPC)

     -against-                                  **<u>JUDGMENT</u>**

JOSEPH CAPUTO,

                Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 4, 2023, the Court has adopted the Report and Recommendation to the extent that the Petition is barred by the doctrine of Younger abstention, and therefore the Petition is denied without prejudice. The Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
             January 6, 2023

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                 **BY:**      *K. Mango*
                                                          **Deputy Clerk**